UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAS HEZEKIAH TAFARI,

Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

Defendant.

No.  2:26-cv-02218-DC-CKD (PS)

FINDINGS AND RECOMMENDATIONS

Plaintiff Ras Hezekiah Tafari proceeds without counsel and seeks to proceed in forma pauperis. This matter is before the undersigned pursuant to Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1). Plaintiff initiated this action with a civil complaint and an application to proceed in forma pauperis ("IFP"). (ECF Nos. 1, 2.)

The court may authorize commencement of this action "without prepayment of fees" by an individual who submits an affidavit evidencing an inability to pay such fees. 28 U.S.C. § 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." Escobedo v. Applebees, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing Adkins v. E.I. Du Pont de Nemours & Co., Inc., 335 U.S. 331, 339 (1948)); see also United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981) (affidavit must "state the facts as to affiant's poverty with some particularity, definiteness and

1

certainty" (internal quotation omitted)).

Plaintiff's affidavit does not demonstrate plaintiff was unable to pay the court costs and still afford the necessities of life when plaintiff filed this suit. According to the affidavit, plaintiff receives $3,542 in monthly gross wages and has three dependents and a spouse who is not a dependent. Plaintiff's income well exceeds the 2026 federal poverty guideline level for a four-person household. See https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines.[1]

While § 1915(a) does not require a litigant to demonstrate "absolute destitution," Adkins, 335 U.S. at 339, the applicant must nonetheless show inability to pay the fees. 28 U.S.C. § 1915(a). Plaintiff has not done so.

Accordingly, the undersigned will recommend that plaintiff's motion to proceed in forma pauperis be denied. Since plaintiff reports having no money on hand to pay the fee, however, the undersigned recommends plaintiff be granted leave to pay the fee in monthly installments.[2]

For the reasons set forth above, IT IS RECOMMENDED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) be denied;

2. Plaintiff be granted leave to satisfy the $350.00 filing fee and $55.00 administrative fee in monthly installments of $25.00 or more, with the first payment due within 14 days of the district court's decision on these findings and recommendations and due on the first of each month thereafter;

3. The Clerk of the Court be directed to issue summonses after the first installment is received; and

////

////

---

[1] The United States Department of Health and Human Services ("HHS") issues the federal poverty guidelines and courts use them as a guidepost in evaluating IFP applications. See, e.g., Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 n.5 (11th Cir. 2004).

[2] In the alternative, plaintiff may submit the full filing fee and administrative fee to the Clerk of the Court at any time in order to proceed with this case.

2

4. Plaintiff be warned that failure to satisfy the full filing fee according to the payment schedule may result in dismissal under Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). No objections period is required for IFP denials. <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113, 1114 (9th Cir. 1998), as amended (Sept. 9, 1998) ("[Plaintiff] was not entitled to file written objections to the magistrate judge's recommendation that [her] application to proceed in forma pauperis be denied."). Nevertheless, within seven (7) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Dated:  June 26, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 tafa27cv2218.ifp

3