UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br>Plaintiff,<br>v.<br>COMCAS CABLE COMMUNICATIONS MANAGEMENT, LLC., et al.,<br>Defendants. | No. 2:26-cv-02218-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 3) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 26, 2026, the magistrate judge filed findings and recommendations herein, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 26, 2026 (ECF No. 3) are ADOPTED;
2. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED;

3. Plaintiff must pay the $405.00 fee ($350.00 filing fee and $55.00 administrative fee) in order to proceed with this action;
   a. Plaintiff is granted leave to satisfy the $350.00 filing fee and $55.00 administrative fee in monthly installments of $25.00 or more, with the first payment due within 14 days of the date of entry of this order and due on the first of each month thereafter;
4. The Clerk of the Court is directed to issue summonses after the first installment is received;
5. Plaintiff is warned that failure to satisfy the full filing fee according to the payment schedule may result in dismissal under Federal Rule of Civil Procedure 41(b); and
6. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge